JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **TRAVARE GRANT,** ) | |
| ) | |
| Petitioner, ) | Case No.  EDCV 14-1924-CJC(AJW) |
| ) | |
| v. ) | |
| ) | |
| **MATTHEW CATE,** ) | JUDGMENT |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: September 24, 2014

_____
Cormac J. Carney
United States District Judge